No. 13000.  Delivered March 19, 1930.
Rehearing denied April 23, 1930.
Reported in 27 S. W. (2d) 186.

The opinion states the case.

*John E. Williams* of White Deer, for appellant.

*A. A. Dawson* of Canton, State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction for cattle theft; punishment, three years in the penitentiary.

An examination of this record reveals the fact that same nowhere sets out any sentence.  In the absence of a sentence this court is without jurisdiction.  The sentence in a felony case is the final judgment in the cause, Arcia v. State, 26 Texas Crim. App. 193, and must be pronounced before an appeal can be prosecuted.  Williams v. State, 99 Texas Crim. Rep. 356; Ridge v. State, 96 Texas Crim. Rep. 496; Stanford v. State, 99 Texas Crim. Rep. 394.

Because of the lack of a sentence the appeal will be dismissed.

*Dismissed.*

ON MOTION TO REINSTATE.

HAWKINS, JUDGE.—In connection with the motion to reinstate the appeal there is brought before us in a supplemental transcript what is alluded to as the "sentence."  It is in fact nothing but the judgment which was entered on the verdict.  This judgment was in the original transcript.  It is unsatisfactory to deal with a record such as is found in the present case but there is not up to this date anything before us showing in a legal way that sentence was ever pronounced against accused.  Under the circumstances we have no option but to let the order dismissing the appeal stand.

The motion to reinstate is overruled.

*Overruled.*